UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81608-mc-MIDDLEBROOKS

VIRGINIA L. GIUFFRE,

    Plaintiff,

v.

JEFFREY EPSTEIN,

    Defendant.

_____/

## ORDER OF TRANSFER

THIS CAUSE comes before the Court upon Plaintiff's Stipulated and Agreed Sealed Motion to Transfer Motion to Compel to Court Handling the Underlying Case ("Motion"). (DE 11). Fed. R. Civ. P. 45(f) permits the Court to transfer a motion to compel to the underlying court that issued the deposition order "if the person subject to the subpoena consents." Witness Epstein consents to the transfer, and accordingly, all Parties involved request that the Court transfer the matter to the Southern District of New York (Sweet, J.). Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that

    (1) Plaintiff's Motion (DE 11) is **GRANTED.**

    (2) The above-styled matter is **TRANSFERRED** to the Judge Sweet, Southern District of New York, for all further proceedings.

    (3) This matter is **CLOSED** in this District.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this ___ day of October, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record