UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-MC-81608-MIDDLEBROOKS

VIRGINIA L. GUYFFRE,

    Plaintiff(s),

v.

JEFFREY EPSTEIN,

    Defendant(s),

FILED by ___ D.C.

Oct 26, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.

CLERK'S NOTICE OF TRANSFER OF

NEW ORIGINAL FILINGS TO OTHER DISTRICT

Pursuant to the Order of Transfer entered in this court on October 18, 2016, the above-styled case was recently transferred to the **United States District Court Southern District of New York**. Enclosed are the new original filings filed in this court: **DE's #'s 15, 16 and 17.** Also enclosed is an updated copy of the docket sheet.

DONE at the Federal Courthouse, West Palm Beach, Florida, this 26 day of October 2016.

STEVEN M. LARIMORE,
Court Administrator • Clerk of Court

By: s/*Doris Jones*
Deputy Clerk

**Please acknowledge receipt of these documents by returning a time-stamped copy of this Notice to:**

United States District Court
Southern District of Florida
400 North Miami Avenue, #8N09
Miami, FL 33128

**Received by:** _____

**Date:** _____