

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-MC-81608-MIDDLEBROOKS

VIRGINIA L. GUYFFRE,

    Plaintiff(s),

v.

JEFFREY EPSTEIN,

    Defendant(s),

FILED by ___ D.C.

Oct 26, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.

## CLERK'S NOTICE OF TRANSFER OF
## NEW ORIGINAL FILINGS TO OTHER DISTRICT

Pursuant to the Order of Transfer entered in this court on October 18, 2016, the above-styled case was recently transferred to the **United States District Court Southern District of New York**. Enclosed are the new original filings filed in this court: **DE's #'s 15, 16 and 17**. Also enclosed is an updated copy of the docket sheet.

    DONE at the Federal Courthouse, West Palm Beach, Florida, this 26 day of October 2016.

                                               STEVEN M. LARIMORE,
                                               Court Administrator • Clerk of Court

                                               By: s/*Doris Jones*
                                                       Deputy Clerk

---

**Please acknowledge receipt of these documents by returning a time-stamped copy of this Notice to:**

United States District Court
Southern District of Florida
400 North Miami Avenue, #8N09
Miami, FL 33128

Received by: *Mary Salcedo*
Date: 11/2/16

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007

OFFICIAL BUSINESS

USMS INSPECTED

RECEIVED

United States District Court
Southern District of Florida
400 North Miami Avenue
#8N09
Miami, Florida 33128

33128-180549